# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 88–68888–jqj

Chapter No.: 9

IN RE: **CASE IN ANOTHER DISTRICT**, Debtor(s)

Adversary Proceeding No.: 22–06004–mmp

Judge: Michael M Parker

**Niel Heslin et al.**
Plaintiff

v.

**InfoW, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave., Ste. 160, Waco, TX 76701

on    **6/21/22  at  01:45 PM**

Hearing to Consider and Act Upon the Following: (1.) IF PARTIES DO NOT WISH TO APPEAR IN PERSON CONTACT THE COURTROOM DEPUTY, DEANNA CASTLEBERRY BY TELEPHONE (210) 472–6720 EXT. 5735 OR BY E–MAIL AT deanna_castleberry@txwb.uscourts.gov to APPEAR VIA TELEPHONE OR WEBEX.(2). IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (related document(s): 2 Motion for Abstention and Remand Filed by Avi Moshenberg for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Niel Heslin, Scarlett Lewis, Leonard Pozner. Hearing Scheduled For 6/21/2022 at 1:45 PM at Waco Bankruptcy Courtroom 1 (Castleberry, Deanna)

Dated: 5/19/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]