**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 07, 2022**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE PENDING IN U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS |
| INFOW, LLC, *ET AL.*, | § § | CASE NO. 22-60020 |
| DEBTORS. | § § | CHAPTER 7 |
| NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA & MARCEL FONTAINE | § § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | ADVERSARY NO. 22-06004-MMP |
| INFOW, LLC, ALEX E. JONES & FREE SPEECH SYSTEMS, LLC, | § § § § | |
| DEFENDANTS. | § | |

**ORDER GRANTING MOTION**

On this day came on to be considered *Plaintiffs' Motion for Abstention and Remand* (ECF No. 2) (the "Motion for Remand"). Defendant InfoW, LLC, in *InfoW, LLC's Motion to Strike Removal and Allow Remand* (ECF No. 5), has indicated that it is unopposed to the Plaintiffs' request to remand this suit, and the Court has received no other timely responses to the Motion for Remand pursuant to Local Rule 7007(b)(2). Further, the Court notes that the debtors, the United States trustee, and the subchapter V trustee in the underlying chapter 11 case in the U.S. Bankruptcy Court for the Southern District of Texas have filed a *Stipulation and Agreed Order Dismissing Debtors' Chapter 11 Cases*[1] indicating that the aforementioned parties have agreed to the dismissal of the debtors' chapter 11 cases. For these reasons, the Court is of the opinion that the Motion for Remand should be granted.

It is, therefore, **ORDERED** that the Motion for Remand is hereby **GRANTED**.

It is further **ORDERED** that the above-captioned adversary proceeding is hereby **REMANDED** to the 200th District Court, Travis County, Texas, for adjudication and disposition.

It is further **ORDERED** that the Clerk of Court may close this adversary proceeding.

### # # #

---

[1] *See* Stipulation and Agreed Order Dismissing Debtors' Chapter 11 Cases, In re InfoW, LLC, No. 22-60020 (Bankr. S.D. Tex. June 1, 2022), ECF No. 110.