**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 07, 2022.**





_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE PENDING IN |
| § | | U.S. BANKRUPTCY COURT FOR THE |
| § | | SOUTHERN DISTRICT OF TEXAS |
| INFOW, LLC, *ET AL.*, § | | CASE NO. 22-60020 |
| § | | |
| DEBTORS. § | | CHAPTER 7 |
| § | | |
| § | | |
| NEIL HESLIN, SCARLETT LEWIS, § | | |
| LEONARD POZNER, VERONIQUE DE LA ROSA § | | |
| & MARCEL FONTAINE § | | |
| § | | |
| PLAINTIFFS, § | | |
| § | | |
| V. § | | ADVERSARY NO. 22-06004-MMP |
| § | | |
| INFOW, LLC, ALEX E. JONES & § | | |
| FREE SPEECH SYSTEMS, LLC, § | | |
| § | | |
| DEFENDANTS. § | | |

**ORDER DENYING MOTION**

On this day came on to be considered *InfoW, LLC's Motion to Strike Removal and Allow Remand* (ECF No. 5). As authority for the *Motion*, InfoW, LLC cites to Section 4(a)(3) of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the United States District Court for the Western District of Texas, which states that "[i]f a document is submitted in error, the Filing User must file a motion to amend the pleading or a motion to strike the pleading in its entirety." Admin. Pol'ies & Procs. For Elec. Filing in Civ. & Crim. Cases in the U.S. Dist. Ct. for the W. Dist. Of Tex. § 4(a)(3). Pursuant to this Court's Local Rules, the local rules and procedural policies of the U.S. District Court for the Western District of Texas "shall not apply to any proceedings in the United States Bankruptcy Court." L. Rule 1001(c). Further, even under the procedures cited, the Court does not believe that InfoW, LLC has shown that the *Motion* was submitted in error. The Court is therefore of the opinion that the *Motion* is procedurally improper and should therefore be denied.

It is, therefore, **ORDERED** that the above-referenced *Motion* is hereby **DENIED**.

# # #